

**FILED**

SEP 19 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEVEN MIDDLETON, | ) | Case No.: C 11-2527 PSG |
|---|---|---|
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| RETRIEVAL – MASTERS CREDITORS BUREAU, INC., dba AMERICAN MEDICAL COLLECTION AGENCY, and DOES 1-10, inclusive, | ) | |
| Defendants. | | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than October 31, 2011.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, November 8, 2011 at 2 p.m. to show cause why the case should not be dismissed.

Dated: 9/17/2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER