1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Middleton, | Case No.: CV11-02527 PSG |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| Retrieval - Masters Creditors Bureau, Inc. DBA American Medical Collection Agency; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_10/11/2011____

Magistrate Judge: Paul S. Grewal